846

S. *Palermo,* for appellant; *Kenneth R. Bayless,* with him *Laputka, Bayless, Ecker and Cohn,* for appellee.
Order affirmed.
SPAULDING, J., absent.

## Commonwealth ex rel. Webb, Appellant, *v.* Webb.

Argued December 5, 1973. *Wallace A. Murray, Jr.,* with him *Wisler, Pearlstine, Talone, Craig and Garrity,* for appellant; *Albert Momjian,* with him *Gene D. Cohen,* and *Abrahams and Loewenstein,* for appellee.
Order affirmed.
SPAULDING, J., absent.

## Commonwealth ex rel. Webb *v.* Webb, Appellant.

Argued December 5, 1973. *Albert Momjian,* with him *Gene D. Cohen,* and *Abrahams and Loewenstein,* for appellant; *Wallace A. Murray, Jr.,* with him *Wisler, Pearlstine, Talone, Craig and Garrity,* for appellee.
Order affirmed.
SPAULDING, J., absent.

## Fisher, Appellant, *v.* Gallucci Music Studios.

Argued December 10, 1973. *Harry P. O'Neill, Jr.,* with him *Epstein, O'Neill and Utan,* for appellant; *Guy A. Solfanelli,* with him *Gerald G. Dolphin,* for appellee.
Order affirmed.
SPAULDING, J., absent.